```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 14781
   ANTHONY L MIXON
   JOYVONNE MIXON                              CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4859     SSN XXX-XX-6234

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 08/15/2007 and was confirmed 10/01/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  51.00%.

     The case was dismissed after confirmation 10/20/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
-------------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI  UNSECURED         524.68           .00           36.18
PORTFOLIO RECOVERY        UNSECURED        3374.34           .00          232.70
CAPITAL ONE               UNSECURED       10845.51           .00          747.92
EVERHOME MORTGAGE         CURRENT MORTG       .00            .00             .00
VILLAGE OF MATTESON       SECURED             .00            .00             .00
GMAC                      SECURED NOT I       .00            .00             .00
HSBC BANK N               UNSECURED      NOT FILED           .00             .00
AMERICAN EXPRESS TRAVEL   UNSECURED        2652.11           .00          182.88
BENEFICIAL                UNSECURED        9281.37           .00          640.04
CAPITAL ONE BANK          UNSECURED      NOT FILED           .00             .00
B-REAL LLC                UNSECURED        5360.67           .00          369.68
COMMONWEALTH EDISON       UNSECURED      NOT FILED           .00             .00
CHASE MANHATTAN BANK      UNSECURED      NOT FILED           .00             .00
HSBC NV                   UNSECURED      NOT FILED           .00             .00
HSBC CARSON               FILED LATE       1665.25           .00             .00
HSBC/RS                   UNSECURED      NOT FILED           .00             .00
VYRIDIAN REVENUE MANAGEM  UNSECURED      NOT FILED           .00             .00
NICOR GAS                 UNSECURED      NOT FILED           .00             .00
ROGERS & HOLLAND          UNSECURED      NOT FILED           .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED       10347.80           .00          713.60
ROUNDUP FUNDING LLC       UNSECURED        3512.71           .00          242.24
ROUNDUP FUNDING LLC       UNSECURED        1757.32           .00          121.18
US DEPT OF EDUCATION      UNSECURED       25940.51           .00         1788.87
US DEPT OF EDUCATION      UNSECURED        6302.69           .00          434.63
WFFINANCE                 UNSECURED      NOT FILED           .00             .00
ROUNDUP FUNDING LLC       UNSECURED         258.58           .00           17.82
WORLD FINANCIAL NETWORK   UNSECURED         153.72           .00             .00
WELLS FARGO FINANCIAL     UNSECURED      NOT FILED           .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED        1221.00           .00           84.20
FIRST RESOLUTION INVESTM  UNSECURED        6121.99           .00          422.18
VILLAGE OF MATTESON       UNSECURED         534.10           .00           70.27
EVERHOME MORTGAGE         NOTICE ONLY    NOT FILED           .00             .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 14781 ANTHONY L MIXON & JOYVONNE MIXON
```

```
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     2,834.00                    2,834.00
TOM VAUGHN                TRUSTEE                                       710.08
DEBTOR REFUND             REFUND                                      1,621.53

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                              RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     11,270.00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                            6,104.39
ADMINISTRATIVE                                       2,834.00
TRUSTEE COMPENSATION                                   710.08
DEBTOR REFUND                                        1,621.53
                           ---------------      ---------------
TOTALS                       11,270.00              11,270.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 01/26/09            _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE